[No. 18187–4–I.   Division One.   July 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
BEN NEWSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02123–8, Robert E. Dixon, J., entered

March 21, 1986. *Dismissed* by unpublished per curiam opinion.